UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA LEVI ALGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> S. CAMPBELL, et al., <br><br> Defendants. | Case No. 24-cv-11831 <br><br> Honorable Robert J. White <br> Magistrate Judge Kimberly G. Altman |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION**

Joshua Levi Alger commenced this 42 U.S.C. § 1983 action against several Michigan Department of Corrections employees for violating the First, Eighth, and Fourteenth Amendments to the United States Constitution. (ECF No. 1). The complaint alleges that they denied him access to his legal documents, denied him access to the prison grievance process, and that they retaliated against him for previous grievances he filed against MDOC employees.

Before the Court is Magistrate Judge Kimberly G. Altman's April 24, 2025 report and recommendation. (ECF No. 31). The report recommended that the Court grant defendants' motion to dismiss the complaint and for summary judgment on the

basis of exhaustion. (ECF No. 22). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's April 24, 2025 report and recommendation (ECF No. 31) is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendants' motion to dismiss the complaint and for summary judgment on the basis of exhaustion (ECF No. 22) is granted.

Dated: May 12, 2025

s/ Robert J. White
Robert J. White
United States District Judge

2